IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

GUTCHESS INTERNATIONAL, INC.,

                              Plaintiff,

                                                Civil Action No.
  vs.                                         5:09-CV-212 (GTS/DEP)

LANCE STECKLER, and
ANGLO AMERICAN HARDWOODS,

                              Defendants.

_____

APPEARANCES:                           OF COUNSEL:

FOR PLAINTIFF:

RIEHLMAN, SHAFER LAW FIRM      JANE G. KUPPERMANN, ESQ.
P.O. Box 430
397 Route 281
Tully, New York 13159-0430

FOR DEFENDANTS:

MENTER, RUDIN LAW FIRM           JULIAN B. MODESTI, ESQ.
308 Maltbie Street
Suite 200
Syracuse, New York 13204-1498

COHEN, TODD, KITE, & STANFORD   MICHAEL R. SCHMIDT, ESQ.
250 East Fifth Street
Suite 1200
Cincinnati, Ohio 45202-4139

GLENN T. SUDDABY
U.S. DISTRICT JUDGE

## JUDGMENT DISMISSING ACTION
## BASED UPON SETTLEMENT

The Court has been advised by counsel that this action has been settled, or is in the process of being settled.  Counsel has also advised the Court that no infant or incompetent is a party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

ORDERED, as follows:

1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

2)  The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order unless any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"that no party hereto is an infant or incompetent**" in compliance with N.D.N.Y.L.R. 41.3; and

3) The Clerk shall serve by electronic means copies of this Judgment upon counsel in this matter.

Dated: April 30, 2009
       Syracuse, New York

_____
Hon. Glenn T. Suddaby
U.S. District Judge